UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 97cr1259-IEG |
| Plaintiff, | ) | |
| v. | ) | ORDER OF DISMISSAL OF INDICTMENT RECALL WARRANT; AND JUDGMENT |
| ARTURO CORONEL, | ) | |
| Defendant. | ) | |

Upon application of the United States Attorney, and good cause appearing therefrom,

IT IS HEREBY ORDERED that the indictment in the above-captioned case against defendant ARTURO CORONEL, be dismissed without prejudice; and,

IT IS FURTHER ORDERED that the arrest warrant for ARTURO CORONEL be recalled and judgment entered.

**DATED: March 16, 2012**

*[signature]*

**IRMA E. GONZALEZ**
**United States District Judge**

AWR:kaj

3/7/12